

FILED
JUL 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BLACKMON & ASSOCIATES
   CLYDE M. BLACKMON (SBN 36280)
2  JONATHAN C. TURNER (SBN 191540)
   EMILY E. DORINGER (SBN 208727)
3  813 Sixth Street. Suite 450
   Sacramento, CA  95814
4  Telephone: (916) 441-0824

5  Attorneys for Defendant
   DAYTON ALEXANDER CLAUDIO
6

7
               IN THE UNITED STATES DISTRICT COURT FOR THE
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,         Case No. MAG 10-00197 EFB
11
              Plaintiff,             **AMENDED** STIPULATION AND
12                                   [~~PROPOSED~~] ORDER VACATING
        vs.                          DATE FOR APPEARANCE IN COURT
13
   DAYTON ALEXANDER CLAUDIO,
14                                   Date:  July 16, 2010
              Defendant.             Time:  2:00 p.m.
15                                   Ctrm:  EFB

16

17      IT IS HEREBY STIPULATED by Dayton Alexander Claudio,

18 through his counsel Clyde M. Blackmon, and the United States of

19 America, through its counsel Assistant U.S. Attorney Kyle

20 Reardon, that the time currently set for Mr. Claudio to appear

21 in the Magistrate's Court on July 16, 2010, at 2:00 p.m., to be

22 ordered to appear in the United States District Court for the

23 Middle District of Tennessee on a specific date, be vacated and

24 that the Court issue the attached Proposed Order requiring Mr.

25 Claudio to appear in the Middle District of Tennessee on July

26 30, 2010.

27

28

                              - 1 -

         **AMENDED** STIPULATION AND [PROPOSED] ORDER
             VACATING DATE FOR APPEARANCE IN COURT

1    On July 1, 2010, an Indictment was filed in the United
2 States District Court for the Middle District of Tennessee
3 charging Mr. Claudio with four counts of violating 18 U.S.C.
4 section 1470.  A warrant for Mr. Claudio's arrest was issued in
5 the Middle District of Tennessee on the same date.

6    On July 9, 2010, Mr. Claudio surrendered himself to the
7 United States Marshals Service at its office here in Sacramento
8 and appeared that afternoon before Magistrate Judge Edmund F.
9 Brennan.  At that time Mr. Claudio was released on a $50,000.00
10 unsecured appearance bond signed by both himself and his wife,
11 Katherine Claudio.

12    Magistrate Judge Brennan ordered Mr. Claudio to appear in
13 the Magistrate's Court at 2:00 p.m. on July 16, 2010, so that at
14 that time he could be ordered to appear on a specific date in
15 the United States District Court for the Middle District of
16 Tennessee.  Judge Brennan also indicated that the July 16 date
17 could be vacated if the parties obtained a date and time for Mr.
18 Claudio to appear in the Middle District of Tennessee.

19    Counsel for the parties have been contacted by e-mail by
20 Jeanne Woodall Cox, Courtroom Deputy to Magistrate Judge Juliet
21 Griffin in the Middle District of Tennessee.  Ms. Cox has
22 advised counsel that Mr. Claudio can be ordered to appear in
23 court there on "July 30, 2010, at 12:00 noon, or as otherwise
24 directed by the Middle District of Tennessee."  See copy of e-
25 mail from Jeanne Woodall Cox dated July 12, 2010, attached
26 hereto.

**AMENDED** STIPULATION AND [PROPOSED] ORDER
VACATING DATE FOR APPEARANCE IN COURT

1   Therefore, the parties request that the date for Mr.
2   Claudio to appear before this Court on July 16, 2010, be vacated
3   and that Mr. Claudio be ordered to appear in the Middle District
4   of Tennessee as specified in the attached Proposed Order.
5   IT IS SO STIPULATED.

DATED:   July 15, 2010          By: //s// Clyde M. Blackmon for
                                    KYLE REARDON
                                    Assistant U.S. Attorney


DATED:   July 15, 2010          By:  //s// Clyde M. Blackmon
                                    CLYDE M. BLACKMON
                                    Blackmon & Associates,
                                    Attorneys for Defendant
                                    DAYTON ALEXANDER CLAUDIO

**AMENDED** STIPULATION AND [PROPOSED] ORDER
VACATING DATE FOR APPEARANCE IN COURT

|   |   |
|---|---|
| 1 | *O47*<br>[~~PROPOSED~~] ORDER |
| 2 | GOOD CAUSE APPEARING the date of July 16, 2010, on which |
| 3 | Dayton Alexander Claudio was previously ordered to appear before |
| 4 | this Court is vacated and Mr. Claudio is hereby ordered to |
| 5 | appear instead before Magistrate Judge Juliet Griffin in the |
| 6 | United States District Court for the Middle District of |
| 7 | Tennessee, 756 U.S. Courthouse, 801 Broadway, Nashville, |
| 8 | Tennessee on July 30, 2010, at 12:00 noon, or as otherwise |
| 9 | directed by the Middle District of Tennessee. |
| 11 | IT IS SO ORDERED. |
| 13 | DATED: 7/15/10         _____<br>             DALE A. DROZD |
| 14 |             United States Magistrate Judge |

- 4 -

**AMENDED** STIPULATION AND [PROPOSED] ORDER
VACATING DATE FOR APPEARANCE IN COURT

## Clyde Blackmon

| | |
|---|---|
| **From:** | Jeanne_W_Cox@tnmd.uscourts.gov |
| **Sent:** | Monday, July 12, 2010 2:28 PM |
| **To:** | cblackmon@blackmonlawoffice.com; tcannata@ccolaw.com; heiko.coppola@usdoj.gov; sandra.moses@usdoj.gov |
| **Subject:** | USA v. Dayton Alexander Claudio 3:10-00182 |

Counsel -- I received a call from an AUSA in the Central District of California today seeking a date for defendant Claudio to appear in the Middle District of Tennessee. I unfortunately did not get her name. I did give her the date of Friday, July 30th at 12:00 noon. As I mentioned to the AUSA, we prefer to not give a date for a defendant to appear until they have been held to answer in our District and the Rule 5 paperwork received. However, I understand from the AUSA and from looking at your docket that the Magistrate Judge set a date of Friday, July 16th for the defendant to appear so that a future date could be set, but apparently the Judge there gave you the option of resolving the date issue by agreed order.

If the defendant is to be represented by retained counsel, we may be able to save him a trip here to appear here for arraignment, this Court accepts a waiver of appearance at arraignment. However, if the Judge there orders him to appear on July 30th, he will have to appear. If the defendant will be asking for court appointed counsel, he will also need to appear.

If you want more information, please let me know. An option to consider for your agreed order would be "July 30, 2010, at 12:00 noon, or as otherwise directed by the Middle District of Tennessee." This would give us the option of changing the date for whatever reason, but if that option is not in the order, we would not be able to change it. As I mentioned to the AUSA that called, we try to give reasonable accommodation to defendants for travel so that they can get the most cost effective plane rates.

Jeanne Woodall Cox
Courtroom Deputy to Magistrate Judge Juliet Griffin
United States District Court
756 U.S. Courthouse
801 Broadway
Nashville, TN 37203
615-736-5164

1